

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00252-CV

## IN THE ESTATE OF JULIA LOPEZ, DECEASED

**From the County Court
McLennan County, Texas
Trial Court No. 20140322PR1**

## MEMORANDUM OPINION

Appellant, Andrew Lopez, has filed a motion to dismiss his appeal in this matter. *See* TEX. R. APP. P. 42.1(a)(1). Appellant states that he "no longer wishes to appeal this matter and requests that the Court dismiss this case." Dismissal of this appeal will not prevent any other party from seeking relief to which it would otherwise be entitled. Accordingly, the motion is granted, and this appeal is dismissed.

We also note that appellant has not paid the filing fees for this appeal. Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007); *see* TEX. R. APP. P. 5; TEX.

GOV'T CODE ANN. §§ 51.207(b), 51.208, 51.941(a). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed by appellant.


JOHN E. NEILL
Justice

Before Chief Justice Gray
      Justice Davis, and
      Justice Neill
Appeal dismissed
Opinion delivered and filed October 14, 2020
[CV06]

